**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jeffrey L. Butler, Jr.,

      Plaintiff,

                                         Case No. 1:17cv604

            v.                          Judge Michael R. Barrett

City of Cincinnati, Ohio, *et al.*,

      Defendants.

## <u>JUDGMENT ON AN ACCEPTED OFFER</u>

      PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68(a), judgment is entered in this case.  Plaintiff has accepted the offer of judgment made by Defendants City of Cincinnati, Mayor John Cranley, former City Manager Harry Black, and Police Chief Eliot Isaac served upon Plaintiff on September 4, 2020. (Doc. 55); (Doc. 55-1).  The offer of judgment in the amount of $70,000.00, which does not include costs and attorney fees, is against the aforementioned Defendants.

      Judgment entered September 21, 2020.

                                  Richard W. Nagel, Clerk
                                  United States District Court
                                  Southern District of Ohio

                                  *s/Barbara A. Crum*
                                  Barbara A. Crum, Courtroom Deputy